**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | | |
| | : | |
| vs. | | Case No. 2:24-mj-485 |
| | : | |
| TERRANCE A. CUMMINGS | | |
| | : | MAGISTRATE JUDGE VASCURA |
| Defendant. | | |
| | : | |

**DEFENSE MOTION FOR A DETENTION HEARING**

Now comes the defendant, Terrance A. Cummings, through counsel and respectfully moves this Court to set a detention hearing the week of February 3rd through the 7th, 2025.   Mr. Cummings previously waived his right to a detention hearing to be held at a later date.   ECF No. 13.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

 /s/ Stacey MacDonald
Joseph Medici (OH 86666)
Federal Public Defender
Stacey MacDonald (WA 35394)
Assistant Federal Public Defender
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
Telephone: (614) 469-2999
Facsimile: (614) 469-5999
Joseph_Medici@fd.org
Stacey_MacDonald@fd.org

Attorneys for Defendant
Terrance A. Cummings

## MEMORANDUM IN SUPPORT OF MOTION

Terrance A. Cummings was charged by criminal complaint on October 8, 2024, with Sexual Exploitation of a Minor; Possession, Distribution and/or Receipt of Child Pornography; Coercion and Enticement of a Minor and Obstruction of Justice.    On October 15, 2024, Mr. Cummings filed a waiver of his right to a detention hearing and agreed to be detained pending the ability to address release in the future.   *See* ECF No. 13.

At this time, Mr. Cummings exercises his right to have a detention hearing in this smatter.   The defense counsel request the Court set the hearing for a date the first week in February.

**WHEREFORE,** for the reasons set forth above, Mr. Cummings respectfully requests this Court to schedule a detention hearing in this matter.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

 /s/ Stacey MacDonald
Joseph Medici (OH 86666)
Federal Public Defender
Stacey MacDonald (WA 35394)
Assistant Federal Public Defender
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
Telephone: (614) 469-2999
Facsimile: (614) 469-5999
Jospeh_Medici@fd.org
Stacey_MacDonald@fd.org

Attorneys for Defendant
Terrance A. Cummings

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by

using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users

and that service will be accomplished by the CM/ECF system.

/s/ Stacey MacDonald
Stacey MacDonald (WA 35394)
Assistant Federal Public Defender